# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2006

132048-9

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE HAILEY NICOLE SCHILL, Minor.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,
v

                          SC: 132048
                          COA: 267501
                          Macomb CC
                          Family Division: 2003-5529011-NA

RANAE DENISE HARDING,
      Respondent-Appellant,
and

ERIC ALLEN SCHILL,
      Respondent.

_____

IN RE ANGELICA DIANNE HARDING, Minor.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,
v

                          SC: 132049
                          COA: 267526
                          Macomb CC
                          Family Division: 2003-5529021-NA

RANAE DENISE HARDING,
      Respondent-Appellant,
and

ERIC ALLEN SCHILL,
      Respondent.

_____/

     On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0926

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2006



Clerk